JENNY D. SCHREIER
SENIOR COUNSEL
JSCHREIER@GRSM.COM
DIRECT DIAL: (860) 780-5684



ATTORNEYS AT LAW
ONE FINANCIAL PLAZA
755 MAIN STREET, SUITE 1700
HARTFORD, CT 06103
WWW.GRSM.COM

July 30, 2024

**VIA ECF**

Hon. Katharine H. Parker
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **Hazell v. Otis Elevator Company**
            **No. 23-cv-02908-MMG**
            **Request to Adjourn Telephone Conference**

Dear Judge Parker:

    This firm represents Defendant Otis Elevator Company in the above-referenced case. I write to seek an adjournment of the telephone conference currently scheduled for August 14, 2024.

    I am unable to attend the conference as scheduled on August 14, 2024 because I will be out of the office on a pre-scheduled vacation. I therefore respectfully request that the telephone conference be rescheduled for a date on or after August 19, 2024, at the Court's convenience. This is the parties' first request to adjourn this telephone conference, and this request is made with Plaintiff's counsel's consent.

            Respectfully Submitted

            Jenny DeFrancisco Schreier, Esq.

cc: Michael O'Hagan (via email)

---

**USDC SDNY DOCUMENT ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 08/07/2024

**MEMO ENDORSED**

**APPLICATION GRANTED:** The Pre-settlement telephone conference in this matter scheduled for Wednesday, August 14, 2024 at 3:30 p.m. is hereby rescheduled to **Monday, August 19, 2024 at 11:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/07/2024